**Order entered November 17, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-01504-CR

### CAMARON DISHAWN HARRIS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-81483-2014**

## ORDER

We **REINSTATE** the appeal.

By order entered November 6, 2017, we abated this appeal to the trial court to conduct a hearing to determine why appellant's brief had not been filed. On November 15, 2017, counsel filed a motion to withdraw as counsel, a supporting *Anders* brief, and a motion to extend the time to file appellant's brief. Accordingly, in the interest of expediting the appeal, we **VACATE** the November 6, 2017 order to the extent it requires a hearing and findings.

We **GRANT** appellant's November 15, 2017 motion to extend the time to file his brief. The *Anders* brief received by the Clerk on November 15, 2017, is deemed timely filed on the

date of this order.

/s/ LANA MYERS
   JUSTICE